**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Charles Sheffield, et al.

v.                                   Case Number: 3:21–cv–00122

George P. Bush, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
Sixth Floor Courtroom Galveston
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 10/20/2021

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Preliminary Injunction – #16
Motion to Dismiss – #19

Date:    August 10, 2021                                                     Nathan Ochsner, Clerk