United States District Court
Southern District of Texas
**ENTERED**
August 30, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **CHARLES SHEFFIELD, et al.,** | § | |
| *Plaintiffs,* | § § § | |
| v. | § § | Civil Action No. 3:21-cv-00122 |
| **GEORGE P. BUSH, et al.,** | § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

Before the Court is Defendants' Unopposed Motion to Modify Briefing Schedule. After reviewing the motion and applicable law, the Court **GRANTS** the motion and **ORDERS** that the parties adhere to the following modified agreed briefing schedule:

| | |
|---|---|
| August 9, 2021 | Defendants file a motion to dismiss |
| September 7, 2021 | Plaintiffs' response to Defendants' motion to dismiss due |
| September 13, 2021 | Defendants' response to Plaintiffs' motion for preliminary injunction due |
| September 27, 2021 | Plaintiffs' reply in support of their motion for preliminary injunction due |
| September 28, 2021 | Defendants' reply in support of their motion to dismiss due |

SIGNED and ENTERED  August 30, 2021

Jeffrey Vincent Brown
United States District Judge