# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| CHARLES SHEFFIELD and PEDESTRIAN BEACH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office, and KEN PAXTON, in his official capacity as Attorney General for the State of Texas,<br><br>Defendants. | Civil Action No. 3:21-cv-00122 |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1), Plaintiffs hereby appeal from the district court's order and judgment of May 24, 2022, denying Plaintiffs' motion for preliminary injunction.

Dated: June 1, 2022.

Respectfully submitted,

s/ J. David Breemer
J. DAVID BREEMER
Attorney-in-Charge
Cal. Bar No. 215039
S.D. Tex. No. 632473
JEFFREY W. McCOY*
S.D. Tex. No. 3668776
Cal. Bar No. 317377
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Email: JBreemer@pacificlegal.org
Email: JMcCoy@pacificlegal.org

*Counsel for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Counsel for Defendants are registered with the Court's CM/ECF system and will receive a notification of such filing via the Court's electronic filing system.

s/ J. David Breemer
J. DAVID BREEMER
