# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| CHARLES SHEFFIELD and PEDESTRIAN BEACH, LLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office, and KEN PAXTON, in his official capacity as Attorney General for the State of Texas,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:21-cv-00122 |

## [PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS

The Court, finding good cause to grant Plaintiffs' Motion to Stay Proceedings During Interlocutory Appeal, hereby grants the motion.

It is therefore ORDERED that all proceedings in the district court are STAYED until such time as the Fifth Circuit Court Appeals issues a mandate returning the case to this Court following resolution of Plaintiffs' interlocutory appeal.

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Jeffrey V. Brown, Judge
　　　　　　　　　　　　　　　　　　　United States District Court

1