United States District Court
Southern District of Texas
**ENTERED**
June 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHARLES SHEFFIELD, *et al.*, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:21-cv-122 |
| GEORGE P. BUSH, | § § § | |
| Defendant. | § | |

## **ORDER**

Before the court is the defendant's unopposed motion for J. Amber Ahmed (State Bar No. 24080756) to withdraw and substitute attorney-in-charge in the above-styled matter. Dkt. 55. The motion is GRANTED.

It is hereby ordered that J. Amber Ahmed's appearance in this case be withdrawn and that Katie B. Hobson (State Bar No. 24082680) be substituted in place of Ms. Ahmed as attorney-in-charge for the defendant.

SIGNED on Galveston Island this 5th day of June, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE